UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**SECURITIES AND EXCHANGE COMMISSION,**

                      **Plaintiff,**

-against-

**PATIENT ACCESS SOLUTIONS, INC., et al.,**

                      **Defendants.**

No. 22 Civ. 4447 (KAM) (JAM)

ECF CASE

---

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS
### AGAINST DEFENDANT BRUCE WEITZBERG

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for voluntary dismissal of the SEC's claims against defendant Bruce Weitzberg ("Weitzberg"). Weitzberg passed away in May 2023 and the SEC does not intend to continue to pursue its claims against Weitzberg or his estate.

On July 28, 2022, the SEC filed this action alleging securities law violations by defendants Weitzberg, Patient Access Solutions, Inc. ("PASO") and Joseph Gonzalez ("Gonzalez"). (ECF Dkt. No. 1.) Neither Weitzberg nor PASO filed an Answer or otherwise responded to the Complaint and, on November 17, 2022, the SEC requested a Certificate of Default as to each.[1] (ECF Dkt. No. 11.) On December 5, 2022, the Clerk issued the Certificate of Default. (ECF Dkt. No. 12.) Thereafter, SEC counsel spoke with Weitzberg multiple times about a potential resolution of the SEC's claims against Weitzberg and PASO. (ECF Dkt. No. 17-2, ¶¶ 3-4.) On April 17, 2023, Weitzberg made an offer to resolve the SEC's claims against

---

[1] On August 5, 2022, the Court approved a settlement by and consent judgment against Gonzalez. (ECF Dkt. Nos. 7, 8.)

him and PASO, and SEC counsel began the process of seeking review and approval of that offer by the SEC's five-member Commission.  (*Id.* ¶ 5.)  On May 3, SEC counsel learned that Weitzberg had passed away on May 2.  (*Id.*)  Subsequently, SEC counsel identified Weitzberg's estate and obtained information regarding the estate's assets and liabilities.[2]  (ECF Dkt. Nos. 18, 20, 21.)  The SEC has now determined not to continue to pursue its claims against Weitzberg or his estate.

Accordingly, the SEC respectfully requests that its claims against Weitzberg be voluntarily dismissed.  This request does not impact the SEC's pending motion for a default judgment against Defendant PASO.

Dated: New York, New York
       December 26, 2023

/s/   Christopher M. Colorado
Christopher M. Colorado
Liora Sukhatme
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY  10004-2616
Tel:  (212) 336-9143
ColoradoCh@sec.gov

*Attorneys for Plaintiff*

---

[2] On June 9, 2023, the SEC moved for a default judgment against Defendant PASO.  (ECF Dkt. No. 17.)